IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARIAN M. POWELL,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>WILLIAM KNIPP,<br><br>　　　　Respondent. | Case No.: C 12-5985 YGR (PR)<br><br>**JUDGMENT** |

The petition having been denied, the Court hereby enters judgment in favor of Respondent. Petitioner shall obtain no relief by way of his petition.

IT IS SO ORDERED.

DATED: July 22, 2014

**YVONNE GONZÁLEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**